IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-759-AP

MARSHALL L. DUNN, SR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rachel Lundy, Esq.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (fax)
seckarlaw@mindspring.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** March 14, 2014

    B. **Date Complaint Was Served on U.S. Attorney's Office:** May 18, 2014

    C. **Date Answer and Administrative Record Were Filed:** July 2, 2014

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

8. **BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    A. **Plaintiff's Opening Brief Due:** September 2, 2014

    B. **Defendant's Response Brief Due:** October 2, 2014

    C. **Plaintiff's Reply Brief (If Any) Due:** October 17, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:** Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    **A.**    **( X )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(   )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 22nd day of July, 2014.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Rachael A. Lundy                           JOHN F. WALSH
Rachel A. Lundy, Esq.                     United States Attorney
402 W. 12th Street
Pueblo, CO 81003                           J. BENEDICT GARCÍA
(719) 543-8636                              Assistant United States Attorney
(719) 543-8403 (fax)                      United States Attorney's Office
seckarlaw@mindspring.com          District of Colorado

Attorney for Plaintiff

s/ Jessica Milano
Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

Attorneys for Defendant
